The State Of Texas

VS

Derrick Thomas

Cause No. 1386629

01-15-00786-CR

In The 262

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS County, Texas

SEP 14 2015

CHRISTOPHER A PRINE
CLERK

District Court

Petition For Writ Of Habeas Corpus For Bond Reduction

To The Honorable Judge Of Said Court:

Come Now, Derrick Thomas, petitioner in the above entitled and numbered cause and presents this his Petition for Writ of Habeas Corpus for bond reduction for the purpose of obtaining a discharge from custody or, in the alternative, the reduction of the bond presently set, the failure to enter which serves as the reason for the present custody of the Petitioner. In support of this petition, the Petitioner swears to the Court following:

## I

Petitioner is restrained and confined at Harris County Jail, 701 N. San Jacinto Houston, Texas, by the Sheriff of Harris County, Texas.

## II

Petitioner's confinement is by virtue of his arrest for the offense alleged in the indictment in the above cause.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 14 2015

CHRISTOPHER A. PRINE
CLERK

## III

Petitioner was committed to custody for failure to enter into a bond set in the amount of $25.000. A copy of the oder setting the bond amount is not attached here to because Petitioner is unable to obtain such.

## IV.

The bail required of Petitioner is exessive. Petitioner has made a genuine effort, both individually and through his friends and family, to post bond amount of $40.000, but has been unsuccessful in raising the money necessary to pay the proffesional bondman fee for the posting of the bond in the amount of $40.000.

## V.

ES-0085-01-07

Petitioner is indigent, but does have faithful friends and family who could adequately secure a surety bond in the amount of $40.000 .

## VI.

Any Pre-Trial detention for failure to make bail in the amount presently required denies the Petitioner due process of law in that he is being punished without trial and in violation of the presumption of innocence without any showing of overriding necessity, and he will be prejudiced at his subsequent trial by Pre-Trial incarceration and will be deprived of his fundmental rights of fairness at the guilt and punishment stage of his subsequent trial on the merits.

WHEREFORE, petitioner prays that this Court grant this Writ of Habeas Corpus and conducts a hearing thereon, and that the Petitioner be ordered discharged from this illegal custody and restraint, or, in the alternative, that the amount of bond required be reduced to $40.000 .

Respectfully submitted this the ___04___ day of September, 2015.

Derrick Thomas
Petitioner

"I, Derrick Thomas spn#01550826 from County Jail, being presently incarcerated in Harris County Jail in Harris County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on 03-18-14
(Date)

Derrick Thomas
(Signature)

Oder

On this the _____ day of _____, 20___, came to be heard petitioner's motion, and it appears to this court that it should be:

GRANTED _____

DENIED _____, and

it is so ordered.

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 4W
0000334684 SEP. 08. 2015

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Derrick Thomas
SPN: 01550836  Cell: 234
Street: 701 N. San Jacinto
Houston, Texas 77002

INDIGENT

Fourteenth Court Appeals
301 Fannin, Room 245
Houston, Texas 77002

77002$2062